IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) Case No.: 24-cv-561 |
| v. | ) Honorable Matthew F. Kennelly |
| WILLIAM WHITLEY and THE CITY OF CHICAGO, | ) |
|     Defendants. | ) |

## MOTION FOR LEAVE TO ISSUE SUBPOENAS

Plaintiff, by and through her attorney of record, respectfully moves this Court for leave to issue subpoenas and, in support of this motion, states the following:

1. On January 22, 2024, Plaintiff filed a complaint alleging claims against William Whitley and the City of Chicago. *Dkt. No. 1*.

2. Plaintiff's complaint has seven counts: substantive due process in violation of the Fourteenth Amendment against Defendant Whitley (Count I), Monell claim in violation of the Fourteenth Amendment against Defendant City (Count II), willful and wanton claim for failing to investigate, effectively investigate, and/or appropriately discipline its police officers against Defendant City (Count III), childhood sexual abuse claim against Defendant Whitley and Defendant City under *respondeat superior* (Count IV), sex trafficking claim against Defendant Whitley and Defendant City under *respondeat superior* (Count V), battery against Defendant Whitley and Defendant City under *respondeat superior* (Count VI), intentional infliction of emotional dismiss against Defendant Whiley and Defendant City under *respondeat superior* (Count VII). *Id.*

3. Defendant Whitley was criminally charged with four counts of trafficking a minor, in violation of 18 U.S.C. Section 1591(a)(1), and one count for production of child pornography, in violation of 18 U.S.C. Section 2251(1). The case was filed in this District. The case number is 16-cr-719. Defendant Whitley pleaded guilty to one count of sex trafficking of a minor in violation of 18 U.S.C. Section 1591(a)(1).

4. Plaintiff was one of the minors mentioned in the above-mentioned criminal case.

5. The Federal Bureau of Internal Affairs investigated the matter, and the United States Attorney's Office prosecuted it.

6. Plaintiff is seeking leave of Court to issue subpoenas to the Federal Bureau of Investigations and the United States Attorney's Office for all documents they have regarding Defendant Whitley that are relevant to this case.

7. Under Rule 26(d) of the Federal Rules of Civil Procedure, Plaintiff must obtain leave of Court to issue a subpoena before the parties have agreed to a discovery plan under Rule 26(f).

8. Plaintiff filed the pertinent complaint yesterday and has yet to issue summons against the defendants. Therefore, there is currently no discovery plan.

9. Upon information and belief, the Federal Bureau of Investigations and the United States Attorney's Office have pertinent documents regarding the criminal charges against Defendant Whitley, where Plaintiff was a victim. Plaintiff cannot retrieve the documents without issuing subpoenas to the Federal Bureau of Investigations and the United States Attorney's Office. Plaintiff must receive the documents so that she can diligently litigate this case.

10. Plaintiff submits that there would be no undue prejudice to any party if Plaintiff is permitted to issue subpoenas for documents relating to Defendant Whitley that would be relevant to this case.

WHEREFORE, Plaintiff respectfully requests that this Court grant her motion for leave to issue subpoenas to the Federal Bureau of Investigations and the United States Attorney's Office.

Dated: January 23, 2024

Respectfully submitted,

*/s/Peter T. Sadelski*
Peter T. Sadelski
ED FOX & ASSOCIATES, LTD.
118 North Clinton Street, Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com
*Attorney for Plaintiff*