**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Jane Doe
                Plaintiff,

v.                                        Case No.: 1:24−cv−00561
                                                     Honorable Matthew F. Kennelly

William Whitley, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 25, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for leave to issue subpoenas to the FBI and the US Attorney's Office [5] is denied without prejudice to renewal. Plaintiff has not explained any basis for commencing discovery prior to the Rule 26(f) conference or, indeed, prior to service of summons upon and appearance of the defendants. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.