UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jane Doe
                        Plaintiff,

v.                                                   Case No.: 1:24−cv−00561
                                                         Honorable Matthew F. Kennelly

William Whitley, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Saturday, April 27, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: One of the defendants in this case filed on 4/2/2024 a motion to dismiss plaintiff's complaint. The other defendant has not yet responded to the complaint and appears to be in default. On 4/26/2024 plaintiff filed a motion for leave to file an amended complaint to attempt to deal with some or all of the issues raised in the motion to dismiss. This is only 3 days outside the period under Fed. R. Civ. P. 15(a)(1)(B) for plaintiff to amend the complaint as a matter of right. Given the circumstances, the Court, understanding that the defendant who has moved to dismiss has not agreed to the motion, nonetheless grants it [16]. Defendant City of Chicago's motion to dismiss the original complaint [14] is denied as moot. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.