UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jane Doe

                Plaintiff,

v.                                            Case No.: 1:24−cv−00561
                                                               Honorable Matthew F. Kennelly

William Whitley, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 19, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 7/19/2024. Oral ruling made on defendant City of Chicago's motion to dismiss [24]. Defendant's motion to dismiss [24] is granted for the reasons stated on the record. Clerk is directed to enter a judgment stating the following: Counts 1 and 2 are dismissed with prejudice and counts 3 through 7 are dismissed for lack of supplemental jurisdiction. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.