## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jane Doe
                    Plaintiff,

v.                                              Case No.: 1:24−cv−00561
                                                Honorable Matthew F. Kennelly

William Whitley, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 9, 2024:

    MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 9/9/2024. Plaintiff's motion to alter judgment [34] is denied for the reasons stated on the record. Case remains dismissed. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.